### G. M. MULLINS *v.* W. L. ROBERTS.

#### APPEAL FROM KENTON CIRCUIT COURT.

March 10, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

This court has heretofore decided in *Griswold v. Hepburn 2 Duvall 20* that a contract to pay money could not be discharged by the payment of United States legal tender notes and that adjudicated has been approved by the *Supreme Court of the United States.*

The judgment in this case is in accordance with these adjudications, and must therefore be *affirmed.*

*Benton, for appellant.*

*Carlisle & O'Hara, for appellee.*